UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-03360-WBS-CSK

No. 2:24-cv-03459-WBS-CSK

No. 2:24-cv-03460-WBS-CSK

No. 2:24-cv-03471-WBS-CSK

No. 2:24-cv-03472-WBS-CSK

No. 2:24-cv-03473-WBS-CSK

No. 2:24-cv-03475-WBS-CSK

No. 2:24-cv-03476-WBS-CSK

No. 2:24-cv-03483-WBS-CSK

No. 2:24-cv-03490-WBS-CSK

**ORDER**

    Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4   the Court to open a new case for each attempted new pleading and assign it to the Court for
5   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

   Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03360, 2:24-cv-03459, 2:24-cv-03460, 2:24-cv-03471, 2:24-cv-03472, 2:24-cv-03473, 2:24-cv-03475, 2:24-cv-03476, 2:24-cv-03483 and 2:24-cv-03490 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated:  December 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2